FILED
April 27, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____S.G._____
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff<br><br>v<br><br>**RUBEN MARTINEZ RAMIREZ III**<br><br>Defendant | **INDICTMENT**   **7:22-CR-00082**<br><br>**COUNT 1:** 18 U.S.C. §§ 922(g)(1) & 924(a)(2) – Possession of a Firearm by a Convicted Felon |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### [18 U.S.C. §§ 922(g)(1) and 924(a)(2)]

On or about April 9, 2022, in the Western District of Texas, Defendant,

**RUBEN MARTINEZ RAMIREZ III**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Diamondback DB380 .380 pistol, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: _____
John A. Fedock
Assistant United States Attorney